1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12  FRANCO DIVITTORIO,                    Federal Case No.: 5:16-cv-03326-EJD

13         Plaintiff,

14     vs.                                **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER**

15  EQUIFAX, INC.; et. al.,

16         Defendants.

17  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

18         IT IS HEREBY STIPULATED by and between plaintiff Franco DiVittorio and defendant

19  Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal

20  Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees

21  and costs.

22  //

23  //

24  //

25  //

26  //

27  //

28

| | |
|---|---|
| DATED: November 7, 2016 | Sagaria Law, P.C. |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Franco DiVittorio |
| | |
| DATED: November 7, 2016 | Nokes & Quinn |
| | |
| | By: _/s/Thomas P. Quinn, Jr._ |
| | Thomas P. Quinn, Jr. |
| | Attorneys for Defendant |
| | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 11/10/2016

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE